IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LOU TYLER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. |
| § | 3:24-cv-01597-X |
| PHH MORTGAGE SERVICE, § | |
| DEUTSCHE BANK AND TRUST, and § | |
| OCWEN LOAN SERVICES, et al., § | |
| § | |
| Defendants. § | |

### RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE IN FORMA PAUPERIS FORMS

Defendant, PHH Mortgage Corporation d/b/a PHH Mortgage Services, successor by merger to Ocwen Loan Servicing, LLC, responds in opposition to Plaintiff's Motion for Extension of Time to File In Forma Pauperis Forms and Waive $605 and File Anything in the Future for My Case, and Brief in Support (the "Motion") (Docs. 16-17).

1. By Order and Judgment, both of which were entered July 17, 2024, the Court dismissed this lawsuit with prejudice, accepting the recommendation of the Magistrate Judge that this lawsuit should be dismissed with prejudice *sua sponte*. *See* Docs. 8, 10, 11.

2. Then, by Order entered July 31, 2024, the Court, in short, prospectively denied Plaintiff leave to appeal *in forma pauperis* and certified that "any appeal [Plaintiff] may take would not be in good faith, a finding that [Plaintiff] may challenge . . . by filing a separate motion to proceed IFP on appeal" with the Fifth Circuit. Doc. 14.

3. Accordingly, Plaintiff's Motion to this Court is misguided and should be denied.

WHEREFORE, Defendant requests that Plaintiff's Motion be denied, and for such other and further relief to which Defendant may be entitled.

Respectfully submitted,

/s/ Vincent J. Hess
**Robert T. Mowrey**
Texas Bar No. 14607500
rmowrey@lockelord.com
**Vincent J. Hess**
Texas Bar No. 09549417
vhess@lockelord.com
**Matthew K. Hansen**
Texas Bar No. 24065368
mkhansen@lockelord.com
**LOCKE LORD LLP**
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Telecopier: (214) 740-8800

**COUNSEL FOR DEFENDANT PHH**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on this the 5th day of September, 2024, on pro se plaintiff via ECF in accordance with the Federal Rules of Civil Procedure.

Lou Tyler
1112 Reitz Drive
Cedar Hill, Texas 75104
integrity282@gmail.com
*Pro Se Plaintiff*

/s/ Vincent J. Hess
Counsel for Defendant PHH